IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHEZ D. RICE, #220474, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-198-ECM ) (WO) |
| GWENDOLYN BABERS, *et al.*, | ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On November 13, 2019, the Magistrate Judge entered a Recommendation (doc. 21) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for Plaintiff's abandonment of his claims, his failure to prosecute this action, and his failure to comply with the orders of this Court.

A separate Final Judgment will be entered.

Done this 16th day of December, 2019.

        /s/ Emily C. Marks
        EMILY C. MARKS
        CHIEF UNITED STATES DISTRICT JUDGE